UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00179-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (1) CARLOS ANTOINE BENSON, ) | |
| (2) JACOB IVAN HILL ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* upon the filing of the United States' "Notice of Intent Not to Seek the Death Penalty" (Doc. No. 36), on November 19, 2015. From the date of this Order, appointed counsel will be compensated at the standard hourly rate and not at the rate applicable to capital cases.

The Clerk is directed to send copies of this Order to all counsel for Defendants.

**IT IS SO ORDERED.**

Signed: December 3, 2015

Frank D. Whitney
Chief United States District Judge